**Stanley Paul SMITH, Appellant,**

v.

Larry **LONG,** Tri–State Engineering Company; Phil Erwin, Tri–State Engineering Company; John Bolte, Tri–State Engineering Company; D. Mark Doolan, Environmental Protection Agency; American Water Works Company, Inc./RWE; Missouri American Water Company; John Ashcroft, Attorney General; Roy Blunt, U.S. Congressman; Ron Doerge, Sheriff, Newton County Sheriff's Department; Michael Stearns, U.S. Cellular Company; Freeman Hospitals and Health Systems; Dr. Chris Ferguson; Gary Duncan; Vicky Kahl; Dr. John Daugherty; Patty Thomason; Jane

Doe, ER/MQ Nurse; Carol Graham; Dr. R.I. Fleming; Dr. Arthur Daus; Phil Stinnet, Mayor, City of Joplin, MO; Richard Russell, City of Joplin, MO; David Niebur, Former Chief of Police, City of Joplin, MO Police Department; GDR Corporation; City Council of Joplin, MO; John and Jane Doe, JPD; Peter Edwards, City Attorney; Dennis Agniel, MO Division of Probation and Parole; Heather (Shipman) Theis; Sandy Jones; Ed Davis; Jeremiah Nixon, Missouri Attorney General; Virginia Murray, Asst. MO Attorney General; Fernando J. Gaitan, U.S. District Judge; George Herbert Walker Bush, Former President of the United States; Judge Logan, U.S. 8th Circuit Court of Appeals; Judge Fagg, U.S. 8th Circuit Court of Appeals; Judge Whipple, U.S. 8th Circuit Court Judge; Bob Holden, Missouri Governor; Miles Parks, Officer, MO Highway Patrol; Jo Anne B. Barnhart, Commissioner of Social Security Administration; Stevens, ALJ, Springfield, MO; George Wilhoit, ALJ; George J. Tenet, Former Director, Central Intelligence Agency; Porter Goss, Central Intelligence Agency; Counselor Warren; Unnamed Female Agent; Clarence Thomas, Supreme Court Justice; Christopher "Kit" Bond; Senator Jim Ryun; Michael N. Neumark, Correctional Medical Services; M.D. John Matthews; Dr. Ghassemi Chi; R. Dent, Doctor; Dr. G. Rile; Dr. Danny Stanton; Dr. Hoog; Dr. Vincent Morgan; David Scherr; Aramark Group; Spectrum Medical Services; Pfizer, Inc.; Michael Pfieffer, C.O.O.; Linda (Durham) Taylor; Donald Webb, Missouri Department of Corrections; Michael Kemna, Missouri Department of Corrections; Michael Cornell, Missouri Department of Corrections; Dora Schriro, Missouri Department of Corrections; Diane Walker, Missouri Department of Corrections; Patty Lamp, Missouri Department of Corrections; Tammi Jacobs, Missouri Department of Corrections; C.O. I. Piburn, Missouri Department of Corrections; C.O. I. Chaffe, Missouri Department of Corrections; James R. Hobbs; Robert P. Warden, Attorney at Law, Appellees.

No. 05–2535.

United States Court of Appeals, Eighth Circuit.

Submitted: March 27, 2006.

Decided: March 28, 2006.

Stanley Paul Smith, Joplin, MO, pro se.

Before WOLLMAN, MURPHY, and COLLOTON, Circuit Judges.

PER CURIAM.

Stanley Paul Smith submitted a 42 U.S.C. § 1983 complaint with an application to proceed in forma pauperis (IFP). The district court[1] denied Smith IFP status, he paid the filing fee, and the complaint was filed and is currently pending in the district court. We therefore dismiss this appeal as premature. *See* 8th Cir. R.

---

1. The Honorable Sarah W. Hays, United States Magistrate Judge for the Western District of Missouri, to whom the case was referred for final disposition by consent pursuant to 28 U.S.C. § 636(c).

47A(a). We also deny Smith's pending motions.